IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NICHOLAS S. BERRYMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-mc-00001 (CMH/IDD) |
| ) | |
| DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This MATTER comes before the Court on Customer's Motion to Challenge Government's Access to Financial Records [Dkt. No. 1]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion, it is hereby

**ORDERED** that the Motion is **DENIED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 4th day of February 2016.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge