UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

18 FEB 2016

CASE NUMBER: 1:16-mc-0001 (CMH/IDD)

NICHOLAS BERRYMAN
    PLAINTIFF

DEPARTMENT OF DEFENSE
    DEFENDANT



**Dear Clerk of the Court**
Please make a note that as of 12 FEB 2016 I have executed a permanent change of station move in conjunction with my active duty military service. The mailing address you have on file (Stockenbergweg, 32 Esslingen DE, 73732) is no longer valid.
I must report to my next duty station no later than 25 MAR 2016 as I have interim orders for training. Therefore I respectfully request the court to allow for a timely extension to respond to any and all activities related to this case, should it be needed. Unfortunately, an updated mailing address cannot be provided at this time since I do not know where I will be living. However, as soon as a new address is available, I will advise all involved parties of the new mailing address.
A copy of this notice will be provided to the respondent; Inspector General for the Department of Defense in Alexandria, VA.

Respectfully Submitted

Nicholas S. Berryman